**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Authentiki, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-1480876 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 58 Ionia Ave. SW<br>Grand Rapids, MI 49503<br>Number, Street, City, State & ZIP Code | 7045 Austhof Woods Dr SE<br>Alto, MI 49302<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Kent<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

    ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

    ☐ Partnership (excluding LLP)

    ☐ Other. Specify: _____

Debtor   Authentiki, LLC                                    Case number *(if known)*
         _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | See Attachment | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

Debtor    Authentiki, LLC _____     Case number (*if known*) _____
      Name

---

**11.  Why is the case filed in this district?**    *Check all that apply:*

☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                            Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____

            Contact name _____

            Phone _____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☒  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Authentiki, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 29, 2020
             MM / DD / YYYY

**X** /s/ Mark A. Sellers, III                          Mark A. Sellers, III
Signature of authorized representative of debtor          Printed name

Title    Authorized and Managing Member

**18. Signature of attorney**

**X** /s/ Joseph K. Grekin                          Date October 29, 2020
Signature of attorney for debtor                         MM / DD / YYYY

Joseph K. Grekin P52165
Printed name

Schafer and Weiner, PLLC
Firm name

40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Number, Street, City, State & ZIP Code

Contact phone    (248) 540-3340      Email address    jgrekin@schaferandweiner.com

P52165 MI
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

10/29/20  3:01PM

Debtor    Authentiki, LLC
          _____          Case number (*if known*) _____
          Name

---

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN
_____

Case number (*if known*) _____    Chapter ____11____

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Barfly Ventures, LLC, et al. | | | Relationship to you | Affiliates |
| District | Western District of Michigan | When | 6/03/20 | Case number, if known | 20-01947 (joint admin.) |
| Debtor | Mark A. Sellers, III | | | Relationship to you | Majority Member |
| District | Western District of Michigan | When | 8/11/20 | Case number, if known | 20-02619 |
| Debtor | MSSH, LLC | | | Relationship to you | Wholly Owned Subsidiary |
| District | Western District of Michigan | When | | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    Authentiki, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 29, 2020      **X** /s/ Mark A. Sellers, III
                                    Signature of individual signing on behalf of debtor

                                    Mark A. Sellers, III
                                    Printed name

                                    Authorized and Managing Member
                                    Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

10/29/20 3:01PM

Fill in this information to identify the case:

Debtor name   Authentiki, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Levitation Holdings, LLC c/o Nathaniel K. Rich 3044 Wilson Dr. NW Grand Rapids, MI 49534 | Nathaniel K. Rich | Business Loan $500,000.00 Interest on business loan $23,331.00 | | | | $523,331.00 |
| Chase Bank 200 Ottawa Ave. NW Grand Rapids, MI 49503 | 616-771-7100 | Basic Paycheck Protection Program (PPP) Loan | Contingent Unliquidated | | | $505,022.00 |
| Warner Norcross & Judd LLP 1500 Warner Building 150 Ottawa Ave. NW Grand Rapids, MI 49503-2832 | 616-752-2000 | Attorney fees | | | | $18,537.00 |
| Harper Associates Detroit, Inc 31000 Northwestern Hwy. Suite 240 Farmington, MI 48334 | info@harperjobs.com 248-932-1170 | Recruiting fees for previous general manager | | | | $17,795.00 |
| Corrigan Logistics 23923 Research Dr. Farmington, MI 48335 | info@corriganmoving.com 248-478-0549 | Shipping | | | | $17,744.00 |
| Capstone CPA Group 668 3 Mile Rd. Grand Rapids, MI 49544 | info@capstonecpagroup.com 616-279-3930 | Accounting services | | | | $14,172.98 |
| LaFontsee Galleries 833 Lake Dr. SE Grand Rapids, MI 49506 | Linda/Scott LaFontsee linda@lafontsee.us 616-451-9820 | Pictures and gallery decor | | | | $8,734.94 |
| Lisa Miller 1487 Stoney Lake Dr. Holland, MI 49424 | Lisa Miller | Consulting Fees | | | | $7,700.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Authentiki, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Great Lakes Culinary Design<br>Great Lakes Hotel Supply Co.<br>24101 W. Nine Mile Rd.<br>Southfield, MI 48033 | 313-962-9176 | Food service designer | | | | $5,085.00 |
| Shaping Nature<br>33745 Groesbeck Hwy<br>Fraser, MI 48026 | Fred Dove<br>fred.dove@shapingnature.com<br>586-484-0840 | Restaurant tiki-bar decor | | | | $3,932.24 |
| Kristine Frost<br>1885 Shore Dr. S<br>Apt. 222<br>Saint Petersburg, FL 33707 | Kristine Frost | Consulting fees | | | | $2,312.50 |
| HNI Risk Advisors<br>16805 West Cleveland Ave.<br>New Berlin, WI 53151 | 262-782-3940 | Third party insurance | | | | $1,887.50 |
| KegWorks<br>1460 Military Road<br>Buffalo, NY 14217 | 877-636-3673 | Bar supplier | | | | $883.24 |
| Project 35, LLC<br>601 First Street NW<br>Grand Rapids, MI 49504 | Kurt D. Hassberger, R.A. | Building expenses-consultant | | | | $800.00 |
| Office Depot<br>6600 North Military Trail<br>Boca Raton, FL 33496 | 800-463-3768 | Office supplies | | | | $725.08 |
| Talent Reef<br>950 17th Street, Ste. 700<br>Denver, CO 80202 | info@talentreef.com<br>866-562-2774 | Online service employment advertiser | | | | $300.00 |
| Riverside Integrated Systems<br>2225 Oak Industrial Dr. NE<br>Grand Rapids, MI 49505 | info@riverside-is.com<br>616-726-7026 | Property monitoring fee | | | | $300.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

10/29/20 3:01PM

**Fill in this information to identify the case:**

Debtor name   Authentiki, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................   $ _____0.00_

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................   $ _____79,691.39_

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................   $ _____79,691.39_

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____520,790.99_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................   $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............   +$ _____1,528,748.98_

4. Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b   $ _____2,049,539.97_

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

10/29/20 3:01PM

**Fill in this information to identify the case:**

Debtor name     Authentiki, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Fifth Third Bank (as of 10/28/2020) | Checking | 1054 | $4,778.85 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                    $4,778.85
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Authentiki, LLC                                               Case number *(If known)* _____
          Name

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
     Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
     Name of entity:                              % of ownership

| | | | | |
|---|---|---|---|---|
| 15.1. | MSSH, LLC | 100% % | N/A | $0.00 |

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:

17.  **Total of Part 4.**                                                                          $0.00
     Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| Tiki retail merchandise | 9/27/2020 | $36,598.84 | Cycle Count | $36,598.84 |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**                                                                          $36,598.84
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

Debtor    Authentiki, LLC                                    Case number *(If known)* _____
          Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.   License agreement pertaining to tiki artifacts and collectibles for display purposes (Tikiphile Ventures, LLC) | $0.00 | | $0.00 |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | $0.00 |
|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Bar/restaurant/kitchen equipment lease (Pawnee Leasing Corp.) | $0.00 | | $0.00 |

10/29/20 3:01PM

Debtor    Authentiki, LLC                                     Case number *(If known)*
          Name

Molds for producing tiki mugs                    $0.00    Cost              $38,313.70

51. **Total of Part 8.**                                                    $38,313.70
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Lease of premises (5,792 sq. ft.) located at 59 Commerce Ave. SW, Grand Rapids, MI (59 Commerce Building, LLC) | Lease | $0.00 | | $0.00 |

56. **Total of Part 9.**                                                    $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

10/29/20  3:01PM

Debtor    Authentiki, LLC
_____    Case number *(If known)*  _____
          Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    Authentiki, LLC                                       Case number *(If known)*
          *Name*

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,778.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $36,598.84 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $38,313.70 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $79,691.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $79,691.39 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Authentiki, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MICHIGAN___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | Pawnee Leasing Corporation | | |
| --- | --- | --- | --- |

Creditor's Name

3801 Automation Way
Suite 207
Fort Collins, CO 80525

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Specific leased equipment                              $245,890.99          $0.00

**Describe the lien**
Equipment Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Small Business Administration | | |
| --- | --- | --- | --- |

Creditor's Name

409 3rd St. SW
Washington, DC 20416

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/21/2020
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
All personal property of debtor                        $149,900.00          $0.00

**Describe the lien**
All Asset Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

10/29/20 3:01PM

Debtor   Authentiki, LLC

Name

Case number (if known)

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

| 2.3 | Wolverine Building Group, Inc. | | Describe debtor's property that is subject to a lien | $125,000.00 | $0.00 |

Creditor's Name

4045 Barden Dr. SE
Grand Rapids, MI 49512

Creditor's mailing address

All personal property of debtor

**Describe the lien**
All Asset Lien
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $520,790.99

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| Ruth Skidmore McShane & Bowie, PLC 99 Monroe NW, Ste. 1100 Grand Rapids, MI 49503 | Line _2.3_ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

10/29/20 3:01PM

**Fill in this information to identify the case:**

Debtor name _Authentiki, LLC_

United States Bankruptcy Court for the: _WESTERN DISTRICT OF MICHIGAN_

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>59 Commerce Building, LLC<br>59 Commerce Ave. SW<br>Grand Rapids, MI 49503<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _2020_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Rent_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $399,486.50 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Blue Cross Blue Shield<br>c/o Blue Care Network<br>P.O. Box 33608<br>Detroit, MI 48232-5608<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _0620_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Health Insurance_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Capstone CPA Group<br>668 3 Mile Rd.<br>Grand Rapids, MI 49544<br>**Date(s) debt was incurred** _12/11/2019_<br>**Last 4 digits of account number** _N/A_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Accounting services_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $14,172.98 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Chase Bank<br>200 Ottawa Ave. NW<br>Grand Rapids, MI 49503<br>**Date(s) debt was incurred** _5/6/2020_<br>**Last 4 digits of account number** _0991_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Basic Paycheck Protection Program (PPP) Loan_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $505,022.00 |

10/29/20 3:01PM

Debtor    Authentiki, LLC

Name

Case number (if known) _____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,744.00 |
|---|---|---|---|

**3.5**

Nonpriority creditor's name and mailing address

Corrigan Logistics
23923 Research Dr.
Farmington, MI 48335

**Date(s) debt was incurred** 11/5/2019

**Last 4 digits of account number** 7765

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shipping

Is the claim subject to offset? ■ No ☐ Yes

$17,744.00

---

**3.6**

Nonpriority creditor's name and mailing address

Great Lakes Culinary Design
Great Lakes Hotel Supply Co.
24101 W. Nine Mile Rd.
Southfield, MI 48033

**Date(s) debt was incurred** 7/26/2019

**Last 4 digits of account number** 1914

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Food service designer

Is the claim subject to offset? ■ No ☐ Yes

$5,085.00

---

**3.7**

Nonpriority creditor's name and mailing address

Harper Associates Detroit, Inc
31000 Northwestern Hwy.
Suite 240
Farmington, MI 48334

**Date(s) debt was incurred** 12/2/2019

**Last 4 digits of account number** N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Recruiting fees for previous general manager

Is the claim subject to offset? ■ No ☐ Yes

$17,795.00

---

**3.8**

Nonpriority creditor's name and mailing address

HNI Risk Advisors
16805 West Cleveland Ave.
New Berlin, WI 53151

**Date(s) debt was incurred** 4/27/2020

**Last 4 digits of account number** 0581

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Third party insurance

Is the claim subject to offset? ■ No ☐ Yes

$1,887.50

---

**3.9**

Nonpriority creditor's name and mailing address

Integrated Electric
12621 S. Laramie Ave.
Alsip, IL 60803

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.10**

Nonpriority creditor's name and mailing address

KegWorks
1460 Military Road
Buffalo, NY 14217

**Date(s) debt was incurred** 12/3/2019

**Last 4 digits of account number** N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Bar supplier

Is the claim subject to offset? ■ No ☐ Yes

$883.24

---

**3.11**

Nonpriority creditor's name and mailing address

Kristine Frost
1885 Shore Dr. S
Apt. 222
Saint Petersburg, FL 33707

**Date(s) debt was incurred** 1/6/2020

**Last 4 digits of account number** N/A

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Consulting fees

Is the claim subject to offset? ■ No ☐ Yes

$2,312.50

---

10/29/20 3:01PM

Debtor    Authentiki, LLC
_____    Case number (if known) _____
Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,734.94 |

**Nonpriority creditor's name and mailing address**
LaFontsee Galleries
833 Lake Dr. SE
Grand Rapids, MI 49506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/8/2019

**Basis for the claim:** Pictures and gallery decor

**Last 4 digits of account number** N/A

Is the claim subject to offset? ■ No ☐ Yes

**$8,734.94**

---

3.13  **Nonpriority creditor's name and mailing address**
Levitation Holdings, LLC
c/o Nathaniel K. Rich
3044 Wilson Dr. NW
Grand Rapids, MI 49534

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Loan $500,000.00
Interest on business loan $23,331.00

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**$523,331.00**

---

3.14  **Nonpriority creditor's name and mailing address**
Lisa Miller
1487 Stoney Lake Dr.
Holland, MI 49424

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/3/2020

**Basis for the claim:** Consulting Fees

**Last 4 digits of account number** N/A

Is the claim subject to offset? ■ No ☐ Yes

**$7,700.00**

---

3.15  **Nonpriority creditor's name and mailing address**
Office Depot
6600 North Military Trail
Boca Raton, FL 33496

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/7/2020

**Basis for the claim:** Office supplies

**Last 4 digits of account number** 0349

Is the claim subject to offset? ■ No ☐ Yes

**$725.08**

---

3.16  **Nonpriority creditor's name and mailing address**
Project 35, LLC
601 First Street NW
Grand Rapids, MI 49504

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/1/2019

**Basis for the claim:** Building expenses-consultant

**Last 4 digits of account number** 3426

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

3.17  **Nonpriority creditor's name and mailing address**
Riverside Integrated Systems
2225 Oak Industrial Dr. NE
Grand Rapids, MI 49505

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/5/2019

**Basis for the claim:** Property monitoring fee

**Last 4 digits of account number** N/A

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

3.18  **Nonpriority creditor's name and mailing address**
Shaping Nature
33745 Groesbeck Hwy
Fraser, MI 48026

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/26/2019

**Basis for the claim:** Restaurant tiki-bar decor

**Last 4 digits of account number** N/A

Is the claim subject to offset? ■ No ☐ Yes

**$3,932.24**

---

10/29/20 3:01PM

Debtor  Authentiki, LLC
        Name

Case number (if known)

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

Talent Reef
950 17th Street, Ste. 700
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/15/2020

**Last 4 digits of account number** N/A

**Basis for the claim:** Online service employment advertiser

Is the claim subject to offset? ☒ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,537.00 |
|---|---|---|---|

Warner Norcross & Judd LLP
1500 Warner Building
150 Ottawa Ave. NW
Grand Rapids, MI 49503-2832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/18/2019

**Last 4 digits of account number** 5726

**Basis for the claim:** Attorney fees

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Capstone CPA Group<br>233 Fulton St. E.<br>#528<br>Grand Rapids, MI 49503 | Line 3.3<br>☐ Not listed. Explain ____ | _ |
| 4.2 | HNI Risk Advisors<br>PO Box 510187<br>New Berlin, WI 53151 | Line 3.8<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Office Depot<br>PO Box 630813<br>Cincinnati, OH 45263 | Line 3.15<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Talent Reef<br>Dept. CH 19769<br>Palatine, IL 60055 | Line 3.19<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,528,748.98 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,528,748.98 |

10/29/20 3:01PM

**Fill in this information to identify the case:**

Debtor name    Authentiki, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
       (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    Lease for premises located at 59 Commerce Ave. SW, Grand Rapids, MI    5 year term beginning 6/1/2019    State the term remaining    List the contract number of any government contract | 59 Commerce Building, LLC   1040 Oakleigh Rd. NW   Grand Rapids, MI 49504 |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest    Equipment Lease    4 year term    State the term remaining    List the contract number of any government contract | Pawnee Leasing Corporation   3801 Automation Way   Suite 207   Fort Collins, CO 80525 |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest    License of Tiki artifacts    Month to month lease    State the term remaining    List the contract number of any government contract | Tikiphile Ventures, LLC   c/o CT Corporation System   701 S. Carson St., Ste. 200   Carson City, NV 89701 |

**Fill in this information to identify the case:**

Debtor name ___Authentiki, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MICHIGAN___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Mark A. Sellers, III | 1040 Oakleigh NW<br>Grand Rapids, MI 49504 | Pawnee Leasing Corporation | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Mark A. Sellers, III | 1040 Oakleigh NW<br>Grand Rapids, MI 49504 | Wolverine Building Group, Inc. | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 Martin Cate | 300 Mount Shasta Dr.<br>San Rafael, CA 94903 | Pawnee Leasing Corporation | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

10/29/20 3:01PM

---

**Fill in this information to identify the case:**

Debtor name ___Authentiki, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MICHIGAN___

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2020 to Filing Date | ■ Operating a business<br>Note: The income and expenses of MSSH, LLC and Authentiki, LLC are reported on a consolidated basis because MSSH, LLC is a disregarded entity under applicable tax law.<br>■ Other | $1,765,514.18 |
| For prior year:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>Note: The income and expenses of MSSH, LLC and Authentiki, LLC are reported on a consolidated basis because MSSH, LLC is a disregarded entity under applicable tax law.<br>■ Other | $1,117,823.00 |
| For year before that:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other | $0.00 |

---

| Debtor | Authentiki, LLC | Case number *(if known)* | |
|---|---|---|---|

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Mark A. Sellers<br>1040 Oakleigh NW<br>Grand Rapids, MI 49504<br>Principal | 10/28/2020 | $125,000.00 | Security interest in assets granted as part of settlement of claims. |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Authentiki, LLC

Case number *(if known)*

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Wolverine Building Group, Inc. v<br>Mark A Sellers III,  et al.<br>20-03011-CBB | Breach of Contract | 17th Circuit Court<br>180 Ottawa Ave. NW<br>Grand Rapids, MI 49503 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

10/29/20 3:01PM

Debtor    Authentiki, LLC _____    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Foster Swift Collins & Smith PC 313 S. Washington Square Lansing, MI 48933 | | April 2020 Payment made between Authentiki, LLC and MSSH, LLC | $38,434.00 |
| **Email or website address** https://www.fosterswift.com/contact-office-lansing-attorneys-lawyers.html | | | |
| **Who made the payment, if not debtor?** MSSH, LLC | | | |
| 11.2. Rehman Robson 2330 East Paris Ave. SE Grand Rapids, MI 49546 | | 7/7/2020; 8/11/2020; 10/23/2020 | $60,000.00 |
| **Email or website address** Chip.Hoebeke@rehmann.com | | | |
| **Who made the payment, if not debtor?** MSSH, LLC | | | |
| 11.3. Schafer & Weiner, PLLC 40950 Woodward Avenue Suite 100 Bloomfield Hills, MI 48304 | | 10/14/2020 $7,500.00 10/27/2020 $10,000.00 | $17,500.00 |
| **Email or website address** www.schaferandweiner.com | | | |
| **Who made the payment, if not debtor?** MSSH, LLC | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor   Authentiki, LLC                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | Wolverine Building Group, Inc. 4045 Barden Dr. SE Grand Rapids, MI 49512 | $50,000 paid by MSSH. LLC as part of lawsuit settlement | 10/28/2020 | $50,000.00 |
| | Relationship to debtor None | | | |

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

10/29/20 3:01PM

Debtor    Authentiki, LLC _____    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Chase Bank<br>200 Ottawa Ave NW<br>Grand Rapids, MI 49503 | XXXX-0991 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 7/29/2020 | $275,287.12 |
| 18.2. | Chase Bank<br>200 Ottawa Ave NW<br>Grand Rapids, MI 49503 | XXXX-5526 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 7/29/2020 | $359.58 |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Tikiphile Ventures, LLC<br>c/o CT Corporation System<br>701 S. Carson St., Ste. 200<br>Carson City, NV 89701 | 58 Ionia Ave, SE<br>Grand Rapids, MI 49503 | Tiki artifacts in restaurant - licensed from Tikiphile | $0.00 |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

10/29/20 3:01PM

Debtor    Authentiki, LLC _____    Case number (if known) _____

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.   MSSH, LLC 58 Ionia Ave SW Grand Rapids, MI 49503 | operating a bar and restaurant | EIN:    61-1929851 From-To    July 2019 - present |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   Lisa Miller; Consultant 1487 Stoney Lake Dr. Holland, MI 49424 | 5/1/2019-3/31/2020 |
| 26a.2.   Kristine Frost; Bookkeeper 1885 Shore Dr. S Apt. 222 Saint Petersburg, FL 33707 | 10/1/2019-3/31/2020 |
| 26a.3.   Shannen Conn 7045 Austhof Woods Dr SE Grand Rapids, MI 49504 | 1/27/2020-present |

Debtor    Authentiki, LLC                                     Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.4.    Capstone CPA Group<br>233 Fulton St E<br>#528<br>Grand Rapids, MI 49503 | 7/2018-3/31/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Capstone CPA Group<br>233 Fulton St E<br>#528<br>Grand Rapids, MI 49503 | Capstone is a creditor and has not furnished records when requested. |
| 26c.2.    Shannen Conn<br>7045 Austhof Woods Dr SE<br>Grand Rapids, MI 49504 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Small Business Administration<br>2 North 20th Street, Ste. 325<br>Birmingham, AL 35203 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1<br>. Jim Schramm & Robert McDougall | 9/27/2020 | $36,598.84; Cost |

| Name and address of the person who has possession of inventory records |
|---|
| Shannen Conn<br>7045 Austhof Woods Dr SE<br>Grand Rapids, MI 49504 |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

10/29/20 3:01PM

Debtor    Authentiki, LLC                                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Mark A. Sellers, III | 1040 Oakleigh NW Grand Rapids, MI 49504 | Trustee of the Mark Sellers Trust u/a/d June 29, 2015, as amended | 45.93 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Juniper Engineering, Inc. | 530 Alameda Del Prado Novato, CA 94947 | | 23.30 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Masters of Rum, LLC | 233 Fulton Street E. Suite 102 Grand Rapids, MI 49503 | | 29.67 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Michael Souriolle | 92-327 Hookili Place Kapolei, HI 96707 | | 1.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Mark A. Sellers, III 1040 Oakleigh NW Grand Rapids, MI 49504 | $3,846.15 | 10/26/2020 | Compensation |
| | **Relationship to debtor** Managing Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Authentiki, LLC | **EIN:**    83-1480876 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

Debtor    Authentiki, LLC                                                Case number *(if known)*

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     October 29, 2020

/s/ Mark A. Sellers, III                                    Mark A. Sellers, III
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     Authorized and Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

10/29/20 3:01PM

# United States Bankruptcy Court
## Western District of Michigan

In re    Authentiki, LLC                        Case No. _____

                             Debtor(s)            Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Juniper Engineering, Inc.<br>530 Alameda Del Prado<br>Novato, CA 94947 | | 23.3% | |
| Mark A. Sellers III<br>Ttee of Mark Sellers Trust<br>u/a/d June 29, 2015<br>1040 Oakleigh NW<br>Grand Rapids, MI 49504 | | 45.93% | |
| Masters of Rum, LLC<br>233 Fulton Street E.<br>Suite 102<br>Grand Rapids, MI 49503 | | 29.67% | |
| Michael Souriolle<br>92-327 Hookili Place<br>Kapolei, HI 96707 | | 1% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Authorized and Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 29, 2020                  Signature   /s/ Mark A. Sellers, III

                                                    Mark A. Sellers, III

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

10/29/20  3:01PM

# United States Bankruptcy Court
## Western District of Michigan

In re    Authentiki, LLC _____    Case No. _____

                                    Debtor(s)         Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized and Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:    October 29, 2020 _____         /s/ Mark A. Sellers, III _____
                                                  Mark A. Sellers, III/Authorized and Managing Member
                                                  Signer/Title

59 COMMERCE BUILDING, LLC
59 COMMERCE AVE. SW
GRAND RAPIDS MI 49503


59 COMMERCE BUILDING, LLC
1040 OAKLEIGH RD. NW
GRAND RAPIDS MI 49504


BLUE CROSS BLUE SHIELD
C/O BLUE CARE NETWORK
P.O. BOX 33608
DETROIT MI 48232-5608


CAPSTONE CPA GROUP
668 3 MILE RD.
GRAND RAPIDS MI 49544


CAPSTONE CPA GROUP
233 FULTON ST. E.
#528
GRAND RAPIDS MI 49503


CHASE BANK
200 OTTAWA AVE. NW
GRAND RAPIDS MI 49503


CORRIGAN LOGISTICS
23923 RESEARCH DR.
FARMINGTON MI 48335


GREAT LAKES CULINARY DESIGN
GREAT LAKES HOTEL SUPPLY CO.
24101 W. NINE MILE RD.
SOUTHFIELD MI 48033


HARPER ASSOCIATES DETROIT, INC
31000 NORTHWESTERN HWY.
SUITE 240
FARMINGTON MI 48334


HNI RISK ADVISORS
16805 WEST CLEVELAND AVE.
NEW BERLIN WI 53151

```
HNI RISK ADVISORS
PO BOX 510187
NEW BERLIN WI 53151


INTEGRATED ELECTRIC
12621 S. LARAMIE AVE.
ALSIP IL 60803


KEGWORKS
1460 MILITARY ROAD
BUFFALO NY 14217


KRISTINE FROST
1885 SHORE DR. S
APT. 222
SAINT PETERSBURG FL 33707


LAFONTSEE GALLERIES
833 LAKE DR. SE
GRAND RAPIDS MI 49506


LEVITATION HOLDINGS, LLC
C/O NATHANIEL K. RICH
3044 WILSON DR. NW
GRAND RAPIDS MI 49534


LISA MILLER
1487 STONEY LAKE DR.
HOLLAND MI 49424


MARK A. SELLERS, III
1040 OAKLEIGH NW
GRAND RAPIDS MI 49504


MARTIN CATE
300 MOUNT SHASTA DR.
SAN RAFAEL CA 94903


OFFICE DEPOT
6600 NORTH MILITARY TRAIL
BOCA RATON FL 33496


OFFICE DEPOT
PO BOX 630813
CINCINNATI OH 45263
```

PAWNEE LEASING CORPORATION
3801 AUTOMATION WAY
SUITE 207
FORT COLLINS CO 80525


PROJECT 35, LLC
601 FIRST STREET NW
GRAND RAPIDS MI 49504


RIVERSIDE INTEGRATED SYSTEMS
2225 OAK INDUSTRIAL DR. NE
GRAND RAPIDS MI 49505


RUTH SKIDMORE
MCSHANE & BOWIE, PLC
99 MONROE NW, STE. 1100
GRAND RAPIDS MI 49503


SHAPING NATURE
33745 GROESBECK HWY
FRASER MI 48026


SMALL BUSINESS ADMINISTRATION
409 3RD ST. SW
WASHINGTON DC 20416


TALENT REEF
950 17TH STREET, STE. 700
DENVER CO 80202


TALENT REEF
DEPT. CH 19769
PALATINE IL 60055


TIKIPHILE VENTURES, LLC
C/O CT CORPORATION SYSTEM
701 S. CARSON ST., STE. 200
CARSON CITY NV 89701


WARNER NORCROSS & JUDD LLP
1500 WARNER BUILDING
150 OTTAWA AVE. NW
GRAND RAPIDS MI 49503-2832

WOLVERINE BUILDING GROUP, INC.
4045 BARDEN DR. SE
GRAND RAPIDS MI 49512

# United States Bankruptcy Court
## Western District of Michigan

In re   Authentiki, LLC

Debtor(s)

Case No. _____

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Authentiki, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Juniper Engineering, Inc.
530 Alameda Del Prado
Novato, CA 94947

Masters of Rum, LLC
233 Fulton Street E.
Suite 102
Grand Rapids, MI 49503

☐ None [*Check if applicable*]

October 29, 2020

Date

/s/ Joseph K. Grekin

Joseph K. Grekin P52165

Signature of Attorney or Litigant
Counsel for   Authentiki, LLC

Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 540-3340
jgrekin@schaferandweiner.com