**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 (Subchapter V) |
| | ) | |
| AUTHENTIKI, LLC, | ) | Case No. 20-03322-jwb |
| | ) | |
| Debtor. | ) | Hon. James W. Boyd |
| _____ | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Jason M. Torf and John C. Cannizzaro of Ice Miller LLP hereby appears as counsel for creditor Gordon Food Service, Inc. pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Local Rule B-9010-1 and requests that all notices given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following:

| | |
|---|---|
| Jason M. Torf | John C. Cannizzaro |
| ICE MILLER LLP | ICE MILLER LLP |
| 200 W. Madison Street, Suite 3500 | 250 West Street, Suite 700 |
| Chicago, IL 60606 | Columbus, OH 43215 |
| Telephone: (312) 726-6244 | Telephone: (614) 462-1070 |
| Email: Jason.Torf@icemiller.com | Email: John.Cannizzaro@icemiller.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Gordon Food Service, Inc.'s (i) right to have final orders in non-core matters entered only after de novo

review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Gordon Food Service, Inc. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

    Respectfully submitted,

    **ICE MILLER LLP**

    */s/ Jason M. Torf*
    Jason M. Torf
    200 W. Madison Street, Suite 3500
    Chicago, IL 60606
    Telephone: (312) 726-6244
    Email: Jason.Torf@icemiller.com

    John C. Cannizzaro
    250 West Street, Suite 700
    Columbus, OH 43215
    Telephone: (614) 462-1070
    Email: John.Cannizzaro@icemiller.com

    *Counsel for Gordon Food Service, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 2, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.

               */s/ Jason M. Torf*
               Jason M. Torf