UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:  Case No. 20-03322

AUTHENTIKI, LLC, et al.[1]

Chapter 11 (Subchapter V)
Jointly Administered

Debtors.  Honorable James W. Boyd

_____/

# MODIFICATION TO DEBTORS' SUBCHAPTER V PLAN OF REORGANIZATION

The above-captioned debtors (the "Debtors")[2] *Subchapter V Plan of Reorganization* [DN 82] (the "Plan") is hereby modified as follows (the "Modification"):

## INTRODUCTION

The Debtors filed its Plan on January 28, 2021. At that time and to the greatest extent possible, it was (and remains) the Debtors' intent to resolve plan objections and claim objections in connection with confirmation of the Plan.

---

[1] The Debtors are Authentiki, LLC, Case No. 20-03322 and MSSH, LLC, Case No. 20-03323.

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Plan.

{00894397.1}    1

As a result of comments from the Court, continued negotiations with creditor constituencies, informal objections, and/or requests for changes, the Debtors hereby modify the Plan as detailed herein.

The Debtors believe that the modifications contained herein do not adversely affect the treatment, or Claim, of any Creditor or Interest Holder under the Plan. Therefore, these modifications should constitute modifications allowed pursuant to 11 U.S.C. §1127 and, in accordance with Fed. R. Bankr. P. 3019, the Plan, as modified hereby, should be deemed accepted by all Creditors and Interest Holders who have previously accepted the Plan, and it should not be necessary for the Plan to be re-noticed to Creditors.

## PLAN MODIFICATIONS

1. The following provisions are added to the Plan:

    A. **1191(c)(3)(B) Provision.** For the purposes of 11 U.S.C. § 1191(c)(3)(B) and in the event that payments to any creditor are not made as provided in Article IV of the Plan to such creditor, then the creditor may make a written demand (the "Demand Notice") to the Reorganized Debtor which, at a minimum, must clearly and expressly identify the payments that the Creditor claims were not made; and a copy of the Demand Notice shall be provided to Reorganized Debtor's counsel by email at jgrekin@schaferandweiner.com. The Reorganized Debtor shall have sixty (60) days from the date the Demand Notice is received by the Reorganized Debtor to (a) cure the payment default or (b) make other mutually agreeable arrangements with the Creditor to resolve the identified payment default. If the payment default identified in the Demand Notice is not cured or not otherwise resolved as provided under the previous sentence, then the affected Creditor may reopen the Subchapter V Cases and seek appropriate remedies provided under the Bankruptcy Code; provided, however, that if the Reorganized Debtor cures such the

payment default identified in the Demand Notice prior to the Bankruptcy Court entering an order authorizing any relief, the identified payment default shall be deemed cured and the Subchapter V Cases shall be immediately closed.

B. **CARES ACT Tax Provision.** Pursuant to section 2302 of the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, (the "CARES Act"), employers are authorized to defer payment of certain 2020 payroll taxes until 2021 and 2022. The Authentiki elected to defer certain payroll taxes incurred during the fourth quarter of 2020. Payroll taxes incurred during the fourth quarter of 2020 are part pre-petition and part post-petition because the Debtors filed on the Petition Date. Notwithstanding anything to the contrary contained in the Plan or the Bankruptcy Code, the Reorganized Debtor shall pay the Federal Insurance Contributions Act ("FICA") taxes incurred during the fourth quarter of 2020 and deferred under the CARES Act in accordance with the applicable repayment provisions of the CARES Act. For more information regarding payroll tax deferments, please see https://www.irs.gov/newsroom/deferral-of-employment-tax-deposits-and-payments-through-december-31-2020. Notwithstanding the forgoing, the Debtors have or will file amended form 941 returns and claim the employee retention credit, which is expected to eliminate the tax liability for fourth quarter 2020.

C. **United States Trustee Provisions.** The Reorganized Debtor shall timely file quarterly disbursement reports on the quarterly disbursement forms required by the United States Trustee.

D. **Revesting.** In the event that the Reorganized Debtor converts to a case under chapter 7 of the Bankruptcy Code, then all assets of the Reorganized Debtor and all Claims of any party-in-interest whether arising prior to or after the Effective Date shall be administered in such chapter 7 case. Notwithstanding the forgoing, (i) all Claims that were Administrative Claims in these Subchapter V Cases shall continue to be Administrative Claims in such chapter 7 case and (ii) all Claims arising after the Effective Date shall be deemed to be Administrative Claims in such chapter 7 case.

2. The following provisions of the Plan are modified by this Modification:

A.  **Class I Treatment.**  Section 4.1.2(iii) is of the Plan is deleted and replaced with the following: "The SBA's first priority security interest shall continue in the assets of the Reorganized Debtor, including the available equity in the consolidated MSSH, LLC assets."

B.  **Class VIII Treatment.**  Section 4.8.1 of the Plan is deleted in its entirety and replaced with the follow:

In full and final satisfaction of the Levitation's Class VIII Claim, Levitation shall be paid $150,000.00 in fifteen (15) consecutive monthly payments. The first payment will be due thirty (30) days after the Effective Date and each subsequent payment shall be due on the same date of each month thereafter. Each monthly payment shall be made by check, wire transfer, or EFT to an address or account specified by Levitation to the Reorganized Debtor in writing. The amount of each monthly payment is as follows:

| Month | Payment Amount | Month | Payment Amount |
|---|---|---|---|
| 1 | $5,00.00 | 9 | $5,000.00 |
| 2 | $5,000.00 | 10 | $5,000.00 |
| 3 | $25,000.00 | 11 | $5,000.00 |
| 4 | $5,000.00 | 12 | $20,000.00 |
| 5 | $5,000.00 | 13 | $5,000.00 |
| 6 | $35,000.00 | 14 | $5,000.00 |
| 7 | $5,000.00 | 15 | $15,000.00 |
| 8 | $5,000.00 | | |

Notwithstanding the forgoing and in the alternative, the Reorganized Debtor may fully satisfy Levitation's Class VIII Claim by paying, in the aggregate, $125,000.00 prior to the sixth (6th) month anniversary of the Effective Date.

C.  **Plan Projections.**  Exhibit B to the Plan, the Plan Projections, is deleted and replaced with the attached revised plan projections, which shall be Exhibit B to the Plan.

D.  **Exhibit A to Exhibit 6.1 of the Plan.**  The Non-Exclusive List of Executory Contracts to Assume, which is Exhibit A to Exhibit 6.1 of the Plan, is modified to delete the lease of non-residential real property between Authentiki, LLC and 59 Commerce Building, LLC (the "<u>59 Commerce</u>

Building Lease"). For the avoidance of doubt, the 59 Commerce Building Lease has been rejected.

Except as expressly provided under this Modification, all provisions of the Plan shall remain as originally filed.

Respectfully submitted:

SCHAFER AND WEINER, PLLC

/s/John J. Stockdale, Jr.
JOSEPH K. GREKIN (P52165)
JOHN J. STOCKDALE, JR. (P71561)
Attorneys for Debtors
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340
jstockdale@schaferandweiner.com

Dated: March 12, 2021

# Replacement Exhibit B to Plan
# Plan Projections

Authentiki
Cash Flow Projection

| | 21-May | 21-Jun | 21-Jul | 21-Aug | 21-Sep | 21-Oct | 21-Nov | 21-Dec | 22-Jan | 22-Feb | 22-Mar | 22-Apr | May 2022 thru April 2023 | May 2023 thru May 2024 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Receipts (Revenue)** | | | | | | | | | | | | | | | |
| Food | $159,274 | $142,254 | $143,351 | $179,269 | $143,480 | $143,537 | $179,502 | $143,666 | $179,664 | $143,796 | $143,853 | $143,911 | $ 1,876,089 | $ 1,958,599 | |
| Pizza | 39,819 | 35,563 | 35,838 | 44,817 | 35,870 | 35,884 | 44,876 | 35,917 | 44,916 | 35,949 | 35,963 | 35,978 | 469,022 | 489,650 | |
| Liquor | 136,976 | 122,338 | 123,282 | 154,171 | 123,393 | 123,442 | 154,372 | 123,553 | 154,511 | 123,664 | 123,714 | 123,763 | 1,613,437 | 1,684,395 | |
| Draft Beer | 4,778 | 4,268 | 4,301 | 5,378 | 4,304 | 4,306 | 5,385 | 4,310 | 5,390 | 4,314 | 4,316 | 4,317 | 56,283 | 58,758 | |
| Wine | 3,185 | 2,845 | 2,867 | 3,585 | 2,870 | 2,871 | 3,590 | 2,873 | 3,593 | 2,876 | 2,877 | 2,878 | 37,522 | 39,172 | |
| Retail | 14,335 | 12,803 | 12,902 | 16,134 | 12,913 | 12,918 | 16,155 | 12,930 | 16,170 | 12,942 | 12,947 | 12,952 | 168,848 | 176,274 | |
| GROSS Receipts | 358,367 | 320,071 | 322,539 | 403,355 | 322,830 | 322,959 | 403,880 | 323,250 | 404,244 | 323,541 | 323,670 | 323,800 | 4,221,201 | 4,406,848 | |
| **Employee Perks (SR&A)** | | | | | | | | | | | | | | | |
| Discounts (servers/managers) | 3,584 | 3,201 | 3,225 | 4,034 | 3,228 | 3,230 | 4,039 | 3,232 | 4,042 | 3,235 | 3,237 | 3,238 | 42,212 | 44,068 | |
| Employee/Manager Meals | 3,584 | 3,201 | 3,225 | 4,034 | 3,228 | 3,230 | 4,039 | 3,232 | 4,042 | 3,235 | 3,237 | 3,238 | 42,212 | 44,068 | |
| Employee Training | 896 | 800 | 806 | 1,008 | 807 | 807 | 1,010 | 808 | 1,011 | 809 | 809 | 809 | 10,553 | 11,017 | |
| Total Perks (SR&A) | 8,063 | 7,202 | 7,257 | 9,075 | 7,264 | 7,267 | 9,087 | 7,273 | 9,095 | 7,280 | 7,283 | 7,285 | 94,977 | 99,154 | |
| NET CASH RECEIPTS | 350,303 | 312,869 | 315,282 | 394,280 | 315,566 | 315,692 | 394,793 | 315,976 | 395,148 | 316,261 | 316,387 | 316,514 | 4,126,224 | 4,307,694 | |
| **Purchases Goods Sold (COGS)** | | | | | | | | | | | | | | | |
| Food | 46,189 | 41,254 | 41,572 | 51,988 | 41,609 | 41,626 | 52,056 | 41,663 | 52,103 | 41,701 | 41,717 | 41,734 | 544,066 | 567,994 | |
| Liquor | 34,244 | 30,585 | 30,820 | 38,543 | 30,848 | 30,861 | 38,593 | 30,888 | 38,628 | 30,916 | 30,928 | 30,941 | 403,359 | 421,099 | |
| Draft Beer | 1,195 | 1,067 | 1,075 | 1,345 | 1,076 | 1,077 | 1,346 | 1,077 | 1,347 | 1,078 | 1,079 | 1,079 | 14,071 | 14,689 | |
| Wine | 796 | 711 | 717 | 896 | 717 | 718 | 898 | 718 | 898 | 719 | 719 | 720 | 9,380 | 9,793 | |
| Retail | 5,017 | 4,481 | 4,516 | 5,647 | 4,520 | 4,521 | 5,654 | 4,525 | 5,659 | 4,530 | 4,531 | 4,533 | 59,097 | 61,696 | |
| TOTAL | 87,441 | 78,097 | 78,700 | 98,419 | 78,770 | 78,802 | 98,547 | 78,873 | 98,635 | 78,944 | 78,975 | 79,007 | 1,029,973 | 1,075,271 | |
| GROSS PROFIT | 262,862 | 234,772 | 236,583 | 295,861 | 236,796 | 236,890 | 296,246 | 237,104 | 296,513 | 237,317 | 237,412 | 237,507 | 3,096,251 | 3,232,423 | |

**Operating Expenses**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payroll & Benefits-Hourly Staff | 70,000 | 75,000 | 80,000 | 124,000 | 88,000 | 88,000 | 88,000 | 88,000 | 138,000 | 94,000 | 94,000 | 94,000 | 1,326,000 | 1,431,000 |
| ADT | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 1,625 | 2,167 | 2,167 | 2,167 | 28,167 | 29,250 |
| Equipment Rental | 817 | 654 | 654 | 817 | 654 | 654 | 817 | 654 | 817 | 654 | 654 | 654 | 8,500 | 8,827 |
| Ice Machine | 769 | 615 | 615 | 769 | 615 | 615 | 769 | 615 | 769 | 615 | 615 | 615 | 8,000 | 8,308 |
| Linen/Rags | 3,462 | 2,769 | 2,769 | 3,462 | 2,769 | 2,769 | 3,462 | 2,769 | 3,462 | 2,769 | 2,769 | 2,769 | 36,000 | 37,385 |
| Repairs & Maintenance (R&M) | 3,846 | 3,077 | 3,077 | 3,846 | 3,077 | 3,077 | 3,846 | 3,077 | 3,846 | 3,077 | 3,077 | 3,077 | 40,000 | 41,538 |
| Outside Cleaning Services | 4,327 | 3,462 | 3,462 | 4,327 | 3,462 | 3,462 | 4,327 | 3,462 | 4,327 | 3,462 | 3,462 | 3,462 | 45,000 | 46,731 |
| Payroll Service | 324 | 324 | 324 | 486 | 324 | 324 | 324 | 324 | 486 | 324 | 324 | 324 | 4,212 | 4,536 |
| Pest Control | 240 | 192 | 192 | 240 | 192 | 192 | 240 | 192 | 240 | 192 | 192 | 192 | 2,500 | 2,596 |
| Refrigeration & Oven Preventative | 1,442 | 1,154 | 1,154 | 1,442 | 1,154 | 1,154 | 1,442 | 1,154 | 1,442 | 1,154 | 1,154 | 1,154 | 15,000 | 15,577 |
| R&M Supplies | 433 | 346 | 346 | 433 | 346 | 346 | 433 | 346 | 433 | 346 | 346 | 346 | 4,500 | 4,673 |
| Waste | 1,154 | 923 | 923 | 1,154 | 923 | 923 | 1,154 | 923 | 1,154 | 923 | 923 | 923 | 12,000 | 12,462 |
| Office Supplies | 240 | 192 | 192 | 240 | 192 | 192 | 240 | 192 | 240 | 192 | 192 | 192 | 2,500 | 2,596 |
| Paper Goods | 240 | 192 | 192 | 240 | 192 | 192 | 240 | 192 | 240 | 192 | 192 | 192 | 2,500 | 2,596 |
| Postage | 20 | 16 | 16 | 20 | 16 | 16 | 20 | 16 | 20 | 16 | 16 | 16 | 210 | 218 |
| Printing | 1,154 | 923 | 923 | 1,154 | 923 | 923 | 1,154 | 923 | 1,154 | 923 | 923 | 923 | 12,000 | 12,462 |
| Computer & Internet | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | - | - | - | - | - | - |
| Cash short/over | 202 | 162 | 162 | 202 | 162 | 162 | 202 | 162 | 202 | 162 | 162 | 162 | 2,100 | 2,181 |
| Credit Card Fees | 4,750 | 3,800 | 3,800 | 4,750 | 3,800 | 3,800 | 4,750 | 3,800 | 4,750 | 3,800 | 3,800 | 3,800 | 49,400 | 51,300 |
| Dues & Subscriptions | 337 | 270 | 270 | 337 | 270 | 270 | 337 | 270 | 337 | 270 | 270 | 270 | 3,507 | 3,642 |
| Business Licenses/Permits | 505 | 404 | 404 | 505 | 404 | 404 | 505 | 404 | 505 | 404 | 404 | 404 | 5,250 | 5,452 |
| Advertising | 2,019 | 1,615 | 1,615 | 2,019 | 1,615 | 1,615 | 2,019 | 1,615 | 2,019 | 1,615 | 1,615 | 1,615 | 21,000 | 21,808 |
| Contributions | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Employee Relations | 577 | 462 | 462 | 577 | 462 | 462 | 577 | 462 | 577 | 462 | 462 | 462 | 6,000 | 6,231 |
| PR | 606 | 485 | 485 | 606 | 485 | 485 | 606 | 485 | 606 | 485 | 485 | 485 | 6,300 | 6,542 |
| Smallwares | 1,010 | 808 | 808 | 1,010 | 808 | 808 | 1,010 | 808 | 1,010 | 808 | 808 | 808 | 10,500 | 10,904 |
| Restaurant Supplies | 962 | 769 | 769 | 962 | 769 | 769 | 962 | 769 | 962 | 769 | 769 | 769 | 10,000 | 10,385 |
| Kitchen Supplies | 962 | 769 | 769 | 962 | 769 | 769 | 962 | 769 | 962 | 769 | 769 | 769 | 10,000 | 10,385 |
| Glassware/China/Flatware | 2,885 | 2,308 | 2,308 | 2,885 | 2,308 | 2,308 | 2,885 | 2,308 | 2,885 | 2,308 | 2,308 | 2,308 | 30,000 | 31,154 |
| Phone | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 3,900 | 4,200 |
| Electric | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 48,750 | 52,500 |
| Gas | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 1,417 | 18,417 | 19,833 |
| Water/Sewer | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 4,875 | 5,250 |
| Total Cash Paid: Operating Expenses | 109,957 | 108,366 | 113,366 | 164,119 | 121,366 | 121,366 | 127,957 | 121,366 | 178,911 | 128,699 | 128,699 | 128,699 | 1,777,087 | 1,902,520 |

**Other P&L Cash Disbursements**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Legal Fees | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 43,333 | 26,667 | |
| Corporate Salaries | 36,000 | 24,000 | 24,000 | 24,000 | 30,000 | 30,000 | 45,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 390,000 | 390,000 | |
| Insurance (Liq/Gen) | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 8,333 | 108,333 | 116,667 | |
| Property Taxes, Insurance | - | - | - | 50,000 | - | - | - | - | - | - | - | - | 53,000 | - | 4 |
| Rent Payments | 22,216 | 14,216 | 32,989 | 32,989 | 32,989 | 32,989 | 32,989 | 32,989 | 32,989 | 32,989 | 32,989 | 32,989 | 373,675 | 375,298 | |
| Tax and financial advisory fees | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 40,000 | 39,000 | 2 |
| Emergency R&M Fund | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 13,000 | 14,000 | |
| | 74,883 | 54,883 | 73,656 | 123,656 | 79,656 | 79,656 | 94,656 | 79,656 | 79,656 | 79,656 | 79,656 | 79,656 | 1,021,342 | 961,631 | |

**Balance Sheet Cash Activity**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital lease Principal Payments | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 91,000 | 91,000 | |
| GFS 503b9 claim | 6,697 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Disupted GFS PACA claim | 6,695 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| CH V Trustee fees | 20,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| Property taxes | 45,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| Personal Property taxes | 15,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Wolverine | - | 3,802 | 3,802 | 7,604 | 3,802 | 3,802 | 7,604 | 3,802 | 7,604 | 3,802 | 7,604 | 3,802 | 64,634 | 15,208 | |
| Levitation | 5,000 | 5,000 | 25,000 | 5,000 | 5,000 | 35,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | 25,000 | - | |
| EIDL | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 1,462 | 731 | 731 | 731 | 9,503 | 9,503 | |
| Payment to unsecured creditors | - | - | - | - | - | - | - | - | - | - | - | - | 154,903 | 309,806 | 1 |
| Capital Asset Purchases | - | - | - | - | - | - | - | - | - | - | - | - | 50,000 | 25,000 | |
| | 106,123 | 16,533 | 36,533 | 20,335 | 16,533 | 46,533 | 20,335 | 16,533 | 21,066 | 16,533 | 20,335 | 31,533 | 395,040 | 450,517 | |
| NET CASH FLOW | (28,101) | 54,991 | 13,028 | (12,249) | 19,241 | (10,664) | 53,298 | 19,549 | 16,880 | 12,429 | 8,722 | (2,381) | (97,218) | (82,245) | |
| BEGINNING CASH BALANCE | 125,000 | 96,899 | 151,889 | 164,918 | 152,669 | 171,910 | 161,246 | 214,544 | 234,093 | 250,973 | 263,403 | 272,125 | 269,744 | 172,526 | |
| ENDING CASH BALANCE | $ 96,899 | $151,889 | $164,918 | $152,669 | $171,910 | $161,246 | $214,544 | $234,093 | $250,973 | $263,403 | $272,125 | $269,744 | $ 172,526 | $ 90,281 | |

notes

Note 1. Payments to unsecured creditors are due in three installments. The first is due June 2022, the second June 2023, and the third in June 2024. As these schedules run only thru May 2024, the third payment is included with the second total on the schedule.

Note 2  Tax and finamical advisory fees include both those incurred during the case in addition to ongoing tax work and financial consulting post confirmation.

Note 3  The property taxes and personal property taxes included in the Balance sheet activity section represent those past due amounts that must be brought current as of the effective date.

Note 4  These property tax obligations represent the ongoing future obligations to be paid as they come due.