**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In Re:                                                            Case No. 20-03322

AUTHENTIKI, LLC, et al.[1]                         Chapter 11 (Subchapter V)
                                                                    Jointly Administered

        Debtors.                                         Honorable James W. Boyd
_____/

**<u>NOTICE OF FILING OF BALLOTS RECEIVED BY DEBTORS' COUNSEL</u>**

The above-captioned Debtors, by and through their counsel, Schafer and Weiner, PLLC, hereby file the attached ballots received by Debtors' counsel, but not yet filed on the docket in the above-captioned case ("<u>Ballots</u>"). The Ballots are from the following creditors:

    A.    Harper Associates Detroit, Inc.;

    B.    Shaping Nature; and

    C.    Levitation Holdings, LLC.

Debtors file the Ballots in order to ensure that the Creditor's votes are duly recorded.

                                  Respectfully Submitted,

                                  SCHAFER AND WEINER, PLLC

                  By:    / s / John J. Stockdale, Jr.
                         JOHN J. STOCKDALE, JR. (P71561)
                         Counsel for Debtors
                         40950 Woodward Ave., Ste. 100
                         Bloomfield Hills, MI 48304
                         jstockdale@schaferandweiner.com
Dated: March 25, 2021          (248) 540-3340

---

[1] The Debtors are Authentiki, LLC, Case No. 20-03322 and MSSH, LLC, Case No. 20-03323.

{00896417.1}

**WESTERN DISTRICT OF MICHIGAN**

In Re:                                              Case No. 20-03322
                                                    Chapter 11 (Subchapter V)
AUTHENTIKI, LLC, et al.[1]                          Jointly Administered

        Debtors.                        Honorable James W. Boyd

_____/

### CLASS IV BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Debtors filed their *Subchapter V Plan of Reorganization* [DN 82] (the "Plan")[2] on January 28, 2021, referred to in this Ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in Class IV under the Plan – Allowed Claims of Unsecured Creditors of Authentiki, LLC.** *See* **Section 4.4 of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

To have your vote count, you must complete this Ballot, file it with the United States Bankruptcy Court, and serve a copy to Joseph K. Grekin, Esq. and John J. Stockdale, Jr., Esq. at the address listed on the reverse side so that it is received on or before **March 25, 2021**.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is a **CLASS IV CREDITOR** of Authentiki, LLC in the unpaid principal amount of $ 17,795.00 .

The Holder of the above Claim votes on the Debtors' Plan as follows (Check One):

    ✓ Accepts the Plan                      _____ Rejects the Plan

*~BALLOT CONTINUED ON REVERSE SIDE~*

---

[1] The Debtors are Authentiki, LLC, Case No. 20-03322 and MSSH, LLC, Case No. 20-03323.
[2] All capitalized terms shall have the meanings ascribed to them in the Plan.

{00890726.1}

| COMPANY: | INDIVIDUAL: |
|---|---|

Harper Associates Detroit Inc
Company's Name (Please Print)

By: _____

Printed Name: Bennett Schwartz

Its: President

Address: (Please Print)

31000 Northwestern Highway, Suite 240
Farmington Hills

_____
Creditor's Name (Please Print)

_____
Signature of Creditor

Address: (Please Print)

_____
_____

To be timely, an executed copy of this Ballot must be filed with the United States Bankruptcy Court, 1 Division Ave. N., Suite 200, Grand Rapids, MI 49503, and a copy must be served on the Debtors, through their below-identified counsel, so that it is received no later than **March 25, 2021** (unless that date is extended):

Joseph K. Grekin, Esq. (P52165)
John J. Stockdale, Jr., Esq. (P71561)
SCHAFER AND WEINER, PLLC
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340
Counsel for Debtors

**IF YOUR BALLOT IS NOT FILED WITH THE BANRUPTCY COURT AND SERVED ON DEBTORS' COUNSEL SO IT IS RECEIVED ON OR BEFORE MARCH 25, 2021, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN.**

{00890726.1}

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:                                              Case No. 20-03322
                                                    Chapter 11 (Subchapter V)
AUTHENTIKI, LLC, et al.[1]                          Jointly Administered

        Debtors.                                    Honorable James W. Boyd

## CLASS IV BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Debtors filed their *Subchapter V Plan of Reorganization* [DN 82] (the "Plan") on January 28, 2021, referred to in this Ballot.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in Class IV under the Plan – Allowed Claims of Unsecured Creditors of Authentiki, LLC. *See* Section 4.4 of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.[2]

To have your vote count, you must complete this Ballot, file it with the United States Bankruptcy Court, and serve a copy to Joseph K. Grekin, Esq. and John L. Stockdale, Jr., Esq. at the address listed on the reverse side so that it is received on or before **March 25, 2021**.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is a **CLASS IV CREDITOR** of Authentiki, LLC in the unpaid principal amount of $ _37,000.00_

The Holder of the above Claim votes on the Debtors' Plan as follows (Check One):

    __X__ Accepts the Plan                       _____ Rejects the Plan

~BALLOT CONTINUED ON REVERSE SIDE~

---

[1] The Debtors are Authentiki, LLC, Case No. 20-03322 and MSSH, LLC, Case No. 20-03323.
[2] All capitalized terms shall have the meanings ascribed to them in the Plan.
{00890726.1}

| COMPANY: | INDIVIDUAL: |
|---|---|
| *Shaping Nature* <br> Company's Name (Please Print) | _____ <br> Creditor's Name (Please Print) |
| By: /s/ _____ | |
| Printed Name: FRED DOVE | _____ <br> Signature of Creditor |
| Its: owner | |
| | Address: (Please Print) |
| Address: (Please Print) | |
| 33745 Groesbeck Hwy | _____ |
| Fraser MI 48026 | _____ |

To be timely, an executed copy of this Ballot must be filed with the United States Bankruptcy Court, 1 Division Ave. N., Suite 200, Grand Rapids, MI 49503, and a copy must be served on the Debtors, through their below-identified counsel, so that it is received no later than **March 25, 2021** (unless that date is extended).

Joseph K. Grekin, Esq. (P52165)
John J. Stockdale, Jr., Esq. (P71561)
SCHAFER AND WEINER, PLLC
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340
Counsel for Debtors

**IF YOUR BALLOT IS NOT FILED WITH THE BANKRUPTCY COURT AND SERVED ON DEBTORS' COUNSEL SO IT IS RECEIVED ON OR BEFORE MARCH 25, 2021, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN.**

{00880726.1}

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:

AUTHENTIKI, LLC, et al.[1]

Debtors.

_____/

Case No. 20-03322
Chapter 11 (Subchapter V)
Jointly Administered

Honorable James W. Boyd

## CLASS VIII BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

The Debtors filed their *Subchapter V Plan of Reorganization* [DN 82] (the "Plan")[2] on January 28, 2021, referred to in this Ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your Claim has been placed in Class VIII under the Plan – the Claim of Levitation Holdings, LLC.** *See* **Section 4.8 of the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

To have your vote count, you must complete this Ballot, file it with the United States Bankruptcy Court, and serve a copy to Joseph K. Grekin, Esq. and John J. Stockdale, Jr., Esq. at the address listed on the reverse side so that it is received on or before **March 25, 2021**.

If the Plan is confirmed by the Court, it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned is a **CLASS VIII CREDITOR** of Authentiki, LLC, et al. in the unpaid principal amount of $528,276.50.

The Holder of the above Claim votes on the Debtors' Plan as follows (Check One):

_____X_____ Accepts the Plan      _____ Rejects the Plan

*~BALLOT CONTINUED ON REVERSE SIDE~*

---

[1] The Debtors are Authentiki, LLC, Case No. 20-03322 and MSSH, LLC, Case No. 20-03323.

[2] All capitalized terms shall have the meanings ascribed to them in the Plan.

{00890736.1}

| COMPANY: | INDIVIDUAL: |
|---|---|
| Levitation Holdings, LLC | |
| Company's Name (Please Print) | Creditor's Name (Please Print) |
| By: _/s/ illegible signature_ | |
| | Signature of Creditor |
| Printed Name: Nathaniel K. Rich | |
| Its: Member | Address: (Please Print) |
| Address: (Please Print) | |
| 164 Songbird Lane | |
| Friday Harbor, WA 98250 | |

To be timely, an executed copy of this Ballot must be filed with the United States Bankruptcy Court, 1 Division Ave. N., Suite 200, Grand Rapids, MI 49503, and a copy must be served on the Debtors, through their below-identified counsel, so that it is received no later than **March 25, 2021** (unless that date is extended):

Joseph K. Grekin, Esq. (P52165)
John J. Stockdale, Jr., Esq. (P71561)
SCHAFER AND WEINER, PLLC
40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 540-3340
Counsel for Debtors

**IF YOUR BALLOT IS NOT FILED WITH THE BANKRUPTCY COURT AND SERVED ON DEBTORS' COUNSEL SO IT IS RECEIVED ON OR BEFORE MARCH 25, 2021, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN.**

{00890736.1}