UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In Re:                                                    Case No. 20-03322

                                                          Chapter 11 (Subchapter V)
AUTHENTIKI, LLC, et al.[1]                                Jointly Administered

    Debtors.                                              Honorable James W. Boyd
_____/

## NOTICE OF COMPLAINCE WITH PARAGRAPH 7 OF ORDER SCHEDULING CONFRMATION HEARING AND ESTABLISHING RELATED DEADLINES

The above-captioned Debtors[2], by and through their counsel, Schafer and Weiner, PLLC, for the *Notice of Compliance* (the "Notice") *with Paragraph 7 of Order Scheduling Confirmation Hearing and Establishing Related Deadlines* [DN 88] (the "Scheduling Order"), state as follows:

1.  The paragraph 7 of the Scheduling Order requires the Debtors to deposit, prior to the confirmation hearing, money sufficient to satisfy the obligation due under the Modified Plan (assuming confirmation thereof) as of the Effective Date of the Modified Plan in a separate account (the "Effective Date Payment Account"). *See* DN 88, ¶ 7.

2.  The hearing on confirmation of the Plan is scheduled for April 1, 2021. *Id.*, ¶ 5.

3.  The Debtors anticipate the total sum required to be paid upon the Effective Date of the Modified Plan is $6,967, which amount shall be paid to Gordon Food Service, Inc. pursuant to the proposed confirmation order (to be filed on March 29, 2021).

---

[1] The Debtors are Authentiki, LLC, Case No. 20-03322 and MSSH, LLC, Case No. 20-03323.

[2] All capitalized terms not defined herein have the meanings ascribed to them in the *Subchapter V Plan of Reorganization* [DN 82] or proposed confirmation order (to be filed on March 29, 2021).

4. Attached as **Exhibit A** hereto is a computer screen shot taken by the Debtors' internal accountant, Shannon Conn, confirming the opening of the Effective Date Payment Account at Fifth Third Bank in the amount of $6,967 and bearing account number ending 4046.

5. The Debtors suggest that the filing of this Notice satisfies the requirements of paragraph 7 of the Scheduling Order to demonstrate the existence and necessary funding of the Effective Date Payment Account.

                Respectfully Submitted,

                SCHAFER AND WEINER, PLLC

By:   / s / John J. Stockdale, Jr.
       JOHN J. STOCKDALE, JR. (P71561)
       Counsel for Debtors
       40950 Woodward Ave., Ste. 100
       Bloomfield Hills, MI 48304
       jstockdale@schaferandweiner.com

Dated: March 29, 2021       (248) 540-3340

{00896727.1}

Fifth Third Bank, Transaction Receipt:
03/29/2021 03:17:47 PM EDT
Tran #: 138108103



FIFTH THIRD BANK

MSSH LLC
7045 AUSTHOF WOODS DR SE
ALTO MI   49302

**Transfer From**

| DDA - BUS ELITE CK - XXXXXX6382 |
|---|

**Transfer To**

| Account Name | Account Number | Transaction Amount | Fee | Effective Date |
|---|---|---|---|---|
| DDA - BUS STANDRD CK | XXXXXX4046 | $6,697.00 | Waived | 03/29/21 |
| | | Total:  $6,697.00 | | |
| | | Total Transaction Amount:  $6,697.00 | | |

EXHIBIT A